Louis Gertz, Respondent, v. Fanny Zagalsky and Another, Appellants.— Motion granted, with ten dollars costs, unless within thirty days appellants perfect their appeal and pay said costs, in which event motion is denied. Present — Cochrane, P. J., H. T. Kellogg, Van Kirk, Hinman and McCann, JJ.

In the Matter of the Claim of Elias Hartz, Appellant, against 637 West 125th Street Realty Corporation, Respondent. State Industrial Board, Respondent.— Motion granted, unless within ninety days appellant perfects his appeal, in which event motion is denied. Present — Cochrane, P. J., H. T. Kellogg, Van Kirk, Hinman and McCann, JJ.

Richard H. Johnson, Respondent, v. Francis Purpura, Appellant.— Motion denied. Present — Cochrane, P. J., H. T. Kellogg, Van Kirk, Hinman and McCann, JJ.

In the Matter of the Claim of L. Isabel Dodds, Appellant, against Penman-Littlehales Chemical Company, Ltd., and Another, Respondents. State Industrial Board, Respondent.— Motion denied. Present — Cochrane, P. J., H. T. Kellogg, Van Kirk, Hinman and McCann, JJ.

The People of the State of New York ex rel. K. Clark Morris, Relator, v. John F. Gilchrist and Others, as and Constituting the State Tax Commission of the State of New York, Respondents.— Motion denied. Present — Cochrane, P. J., Van Kirk, Hinman, McCann and Davis, JJ.

Anthony N. Walter, Appellant, v. Frank W. Laidlaw and Others, Respondents.— Motion denied. Present — Cochrane, P. J., H. T. Kellogg, Van Kirk, Hinman and McCann, JJ.

The People of the State of New York ex rel. Masonic Hall Association of Saratoga Springs, N. Y., Appellant, v. James B. White, as Commissioner of Accounts, Assessor and City Clerk of the City of Saratoga Springs, N. Y., and Clarence H. Knapp and Others, Comprising the City Council of the City of Saratoga Springs, N. Y., Respondents.— Motion granted, and the following questions certified: " 1. Is the relator such a ' fraternal corporation * * * created to build and maintain a building or buildings for its meeting,' etc., as is referred to in section 4, subdivision 7, of the Tax Law,* and as such is it entitled to exemption from taxation?  2. Is the relator entitled to have its property in question exempted from taxation under any other provision of section 4, subdivision 7, of the Tax Law?  3. Did the relator waive any right that it may have had to partial exemption by reason of the claim made by it on grievance day and in its petition for certiorari to review the assessment? " Present — Cochrane, P. J., H. T. Kellogg, Van Kirk, Hinman and McCann, JJ.

In the Matter of the Claim of Susan Foster, Appellant, against Mallory Steamship Company, Respondent. State Industrial Board, Respondent.— Motion denied. Present — Cochrane, P. J., H. T. Kellogg, Van Kirk, Hinman and McCann, JJ.

In the Matter of the Claim of Nellie M. Grant, Respondent, against Union Explosives Company and United States Fidelity and Guaranty Company, Appellant. State Industrial Board, Respondent.— Motion denied. Present — Cochrane, P. J., Van Kirk, Hinman, McCann and Davis, JJ.

In the Matter of the Claim of Ella Lewis, Respondent, against Maujer Wet

* Amd. by Laws of 1924, chap. 489.— [Rep.